**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ERIC C. BURGIE**
**ADC #120956**                                                                                          **PETITIONER**

**v.**                                **5:08CV00089 BSM/JTR**

**LARRY NORRIS, Director,**
**Arkansas Department of Corrections**                                              **RESPONDENT**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered in favor of respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 13th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE